Jay J. Schuttert, Esq. (SBN 8656)
Brennen D Marshall, Esq. (SBN 16578)
**EVANS FEARS SCHUTTERT MCNULTY MICKUS**
6720 Via Austi Parkway, Suite 300
Las Vegas, Nevada 89119
Phone:  702-805-0290
Fax:  702-805-0291
E-mail: jschuttert@efsmmlaw.com
E-mail: bmarshall@efsmmlaw.com

*Attorneys for Defendants General Motors Company and General Motors LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHELE VAN WINKLE,<br><br>    Plaintiff,<br><br>v.<br><br>GENERAL MOTORS COMPANY; GENERAL MOTORS LLC; DOES 1-10, inclusive; and ROE CORPORATIONS 1-10, inclusive,<br><br>    Defendants. | Civil Action No. 3:24-CV-00353-MMD-CSD<br><br>**JOINT STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT GENERAL MOTORS COMPANY  TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Michele Van Winkle ("Plaintiff") and Defendants General Motors Company and General Motors LLC through their respective counsel, that the time for Defendant General Motors Company to respond to Plaintiff's First Amended Complaint is extended by 19 days, from September 13, 2024 to October 2, 2024. This is the first such request by the parties.

This extension request is necessary as Defendant General Motors LLC received service of the First Amended Complaint on September 11, 2024.  Pursuant to FRCP 12(a)(1)(A)(i), the last day for Defendant General Motors LLC to respond to the First Amended Complaint is October 2, 2024.  Accordingly, for good cause showing, the parties have agreed to an extension of time, up to

and including October 2, 2024, for Defendant General Motors Company to respond to the First Amended Complaint.

DATED: September 13, 2024.   **HOLLEY DRIGGS, LTD.**

*/s/ Branden D. Jung*
Audrey Damonte, Esq. (SBN 4244)
James W. Puzey, Esq. (SBN 5745)
800 S. Meadows Parkway, Suite 800
Reno, Nevada 89521

Branden D. Jung, Esq. (SBN 14067)
**HOLLEY DRIGGS, LTD.**
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101

*Attorneys for Plaintiff Michele Van Winkle*

DATED: September 13, 2024.   **EVANS FEARS SCHUTTERT MCNULTY MICKUS**

*/s/ Jay J. Schuttert*
Jay J. Schuttert, Esq. (SBN 8656)
Brennen D Marshall, Esq. (SBN 16578)
6720 Via Austi Parkway, Suite 300
Las Vegas, Nevada 89119

*Attorneys for Defendants General Motors Company and General Motors LLC*

**IT IS SO ORDERED.**

**ORDER**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: September 13, 2024

**CASE NO. 3:24-CV-00353-MMD-CSD**