JAMES W. PUZEY, ESQ.
Nevada Bar No. 5745
E-mail: jpuzey@nvlawfirm.com
AUDREY DAMONTE, ESQ.
Nevada Bar No. 4244
Email:  adamonte@nvlawfirm.com
KEARNEY, PUZEY & DAMONTE, LTD.
800 South Meadows Parkway, Suite 800
Reno, Nevada 89521
Telephone: (775) 851-8700
Facsimile:  (775) 851-7681

*Attorneys for Plaintiff Michele Van Winkle*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHELE VAN WINKLE,<br><br>        Plaintiff,<br><br>vs.<br><br>GENERAL MOTORS COMPANY;<br>GENERAL MOTORS LLC;<br>DOES 1-10, inclusive; and ROE<br>CORPORATIONS 1-10, inclusive,<br><br>        Defendant. | **CASE NO.:  3:24-cv-00353-MMD-CSD**<br><br><br>**ORDER GRANTING STIPULATION <u>TO EXTENDING TIME IN WHICH TO FILE OPPOSITIONS TO MOTIONS FOR SUMMARY JUDGMENT</u>** |

Plaintiff MICHELE VAN WINKLE ("Plaintiff" or "Van Winkle"), and Defendants GENERAL MOTORS COMPANY and GENERAL MOTORS LLC, ("Defendants" or "General Motors"), by and through their respective counsel, hereby stipulate to an extension of time up to and including January 20, 2026 in which each party has to file their Opposition to the Motions for Summary Judgment filed herein due to ongoing settlement discussions.

///

///

///

///

.doc                                        - 1 -

This Stipulation is made in good faith and not for the purpose of delay.  Based on the foregoing, the Parties respectfully ask the Court to approve the Stipulation as outlined above.

**IT IS SO STIPULATED.**

DATED: January 12, 2026

**KEARNEY, PUZEY & DAMONTE, LTD.**     **EVANS FEARS SCHUTTERT MCNULTY MIKUS**

/s/ *James W. Puzey*

JAMES W. PUZEY, ESQ. (NBN 5745)
AUDREY DAMONTE, ESQ. (NBN 4244)
800 South Meadows Parkway, Suite 800
Reno, Nevada 89521
Telephone: (775) 851-8700

*Attorneys for Plaintiff, Michele Van Winkle*

/s/ *Brennen D. Marshall*

JAY J. SCHUTTERT, ESQ. (NBN 8656)
BRENNEN D. MARSHALL ESQ. (NBN 15864)
6720 Via Austi Parkway, Suite 300
Las Vegas, Nevada 89119
Telephone: (702) 805-0290

*Attorneys for Defendants, General Motors Company and General Motors LLC*

**ORDER**

**IT IS HEREBY ORDERED** that the Parties stipulation extending time up to and including January 20, 2026 in which each party has to file their Opposition to the Motions for Summary Judgment filed herein is hereby APPROVED.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT JUDGE

DATED:  January 14, 2026

.doc

- 2 -

KEARNEY PUZEY DAMONTE LTD.